ISAAC H. SOUTHWICK, Guardian, Appellant, *vs.* MARIA EVANS, Guardian, Appellee.

The guardian of a ward of full age was allowed compensation for his services in procuring a pension for the ward, so far as the services were such work as the pensioner would himself have done if able. Such services are not within the United States Statutes, limiting the compensation for procuring pensions.

THIS was an appeal taken by the guardian of Lewis Baker, of full age, from a decree of the Probate Court of the town of Glocester, allowing the accounts of a former guardian. The accounts contained items of charges and expenditure in procuring a pension for the ward.

*December* 27, 1890. PER CURIAM. The court, after examining several items of the account, continued; allowing, —

"To E. D. McGuinness, in matters relating to the guardianship and excluding services in procuring the pension, $50," and adding, "In regard to charges for services performed, and expenses incurred about the pension, we have allowed the guardian compensation for such work and expenses as the pensioner himself would ordinarily have done and incurred, independent of his attorney, if he had been of capacity, being of the opinion that such allowances are not to be regarded as the services of an attorney, agent, or other person, in procuring a pension within the meaning of the United States pension laws, but rather as preparations for the prosecution of the claim."

*Isaac H. Southwick, Jun., & Richard B. Comstock*, for appellant.

*Edwin D. McGuinness*, for appellee.